IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR346 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHARON JOHNSON and, | ) | |
| RACHEL LENAGH, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Rachel Lenagh (Lenagh) (Filing No. 35). Lenagh seeks a continuance of the trial of this matter which is scheduled for June 16, 2008. Lenagh has submitted an affidavit wherein she represents that she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 36). Lenagh's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted. The trial will be continued as to both defendants.

**IT IS ORDERED:**

1. Lenagh's motion to continue trial (Filing No. 35) is granted.

2. Trial of this matter is re-scheduled for **July 7, 2008,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 30, 2008 and July 7, 2008,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 30th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge